No. 79, Misc. COLANGELO *v.* UNITED STATES. C. A. 4th Cir. Petition for writ of certiorari dismissed September 25, 1968, pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold* for the United States.

OCTOBER 7, 1968.

No. ——. HAWTHORNE *v.* HARDAWAY, SECRETARY, BOARD OF ELECTIONS, ET AL. Sup. Ct. App. Va. Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. *Flavius B. Walker, Jr.,* and *Jay J. Levit* for applicant. *R. D. McIlwaine III,* Assistant Attorney General of Virginia, for respondents in opposition.